Scott Auer v. Carter Worldwide Inf̶ Case 1:08-cv-00528-JJF Document 3 Filed 08/26/2008 Page 1 of 2
United States District Court for the District of Delaware
No. 08-528

✎ AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on *AUGUST, 21ˢᵗ 2008*, by:

(1) personally delivering a copy of each to the individual at this place, _____ _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is *SCOTT LASCAIA, CORP. OPERATIONS MANAGER* ; or

(4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: *AUG. 2ⁿᵈ 2008*

*Michael Doyle*
Server's Signature

*MICHAEL DOYLE   PROCESS SERVER*
Printed name and title

*1315 WALNUT ST. STE. 1317*
*PHILA. PA. 19107*
Server's address

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

District of Delaware

| | |
|---|---|
| SCOTT AUER | ) |
| _Plaintiff_ | ) |
| v. | ) |
| LANIER WORLDWIDE INC. | ) |
| _Defendant_ | ) |

Civil Action No. **08-528**

## Summons in a Civil Action

To: _(Defendant's name and address)_

LANIER WORLDWIDE INC.
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE  19081

A lawsuit has been filed against you.

Within _20_ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**PETER T. DALLEO**

Date: _8/21/08_

_____
Name of clerk of court

_____
Deputy clerk's signature

_(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)_